# THE MARKS LAW FIRM, P.C.

June 21, 2023

**FILED VIA ECF**
Hon. Jennifer L. Rochon
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 20B
New York, NY 10007-1312

> The request is GRANTED.  The parties shall file a joint letter updating the Court as to the status of this action no later than **August 9, 2023**.
>
> Dated:  June 22, 2023
>              New York, New York
>
> SO ORDERED.
>
> *Jennifer Rochon*
> _____
> **JENNIFER L. ROCHON**
> **United States District Judge**

        RE:    **Altaune Brown v. SJCRIV, Inc., et al.**
                Index:  1:23-cv-03522-JLR

Dear Judge Rochon,

     In accordance with Rule I.F. of Your Honor's Individual Part Rules, Plaintiff respectfully requests a forty-five (45) day extension of the deadline to submit a joint letter from **June 25, 2023** to **August 9, 2023**, as set forth in Your Honor's May 9, 2023 Order [Dkt. 5].

     The reason for this request is that, to date, Defendants have not appeared, answered, moved, or otherwise contacted Plaintiff, despite Plaintiff's attempts in contacting Defendants via mail, telephone, and email. As of recent, our office called Defendant, SJCRIV, Inc. directly intending to speak with a manager but was unable to speak with a manager and instead spoke to an employee. Accordingly, our office informed the employee of this matter by giving our contact information and providing essential information relating to this matter.

     Accordingly, Plaintiff respectfully requests an additional forty-five (45) days to continue making attempts to communicate with both Defendants in order to inform them of the Court's deadlines and have them appear in this action**.** This is the first request of its kind.

     We thank you and the Court for its time and consideration on this matter.

                                     Respectfully Submitted,

                                     The Marks Law Firm, P.C.

                             By:_____
                                  Bradly G. Marks

155 E 55th Street, Suite 4H, New York, New York 10022
T: (646) 770 – 3775, F: (646) 867 – 2639, brad@markslawpc.com
www.markslawpc.com