UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

ALTUANE BROWN,

                        Plaintiff,          **23 Civ. No. 3522 (DEH) (GS)**

    -against-                        **VIDEO STATUS CONFERENCE ORDER**

SJCRIV, INC. *et al*,

                        Defendants.

------------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

      This action is scheduled for a Video Status Conference on **Tuesday, January 09, 2024 at 10:00 a.m.** at which the parties will be directed to advise the Court as to the status of this matter. Counsel is directed to join the conference via Microsoft Teams at the scheduled time using the following link: **Click here to join the meeting**.  Meeting ID: 254 520 095 07   Passcode: ZeBc7J

    **SO ORDERED.**

DATED:    New York, New York
               December 15, 2023

                                                             _____
                                                            The Honorable Gary Stein
                                                            United States Magistrate Judge