UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ALTAUNE BROWN,

                     Plaintiff,                  **23 Civ. No. 3522 (DEH) (GS)**

          -against-                       **ORDER**

ANNA PIZZERIA CLINTON INC. and
201 CLINTON STREET REALTY INC.,

                    Defendants.
-----------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

As stated on the record during the video status conference held today before the Court:

1. Defendant 201 Clinton Street Realty Inc. ("201 Clinton Street") is hereby ORDERED to respond to the discovery requests referenced in Plaintiff's December 18, 2023 letter (Dkt. No. 39) by no later than January 24, 2024.

2. 201 Clinton Street has waived its right to engage in discovery of Plaintiff and the deadlines for it to propound fact discovery of Plaintiff as set forth in Paragraphs 3(a) – 3(c) of the Court's October 2, 2023 Scheduling Order (Dkt. No. 32) shall not be extended.

3. The deadlines outlined in Paragraphs 3(d) – 3(f) of the October 2, 2023 Scheduling Order are hereby EXTENDED by 30 days.

4. Plaintiff's request to strike 201 Clinton Street's responses to Plaintiff's First Requests to Admit, and to deem those Requests to Admit admitted, is hereby DENIED.

    **SO ORDERED.**

DATED:    New York, New York
                 January 9, 2024

                                                                         The Honorable Gary Stein
                                                                     United States Magistrate Judge