UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ALTAUNE BROWN,

                Plaintiff,

        - against -

ANNA PIZZERIA CLINTON INC. and
201 CLINTON STREET REALTY INC.,

                Defendants.
------------------------------------------------------------X

23 Civ. 3522 (DEH) (GS)

**ORDER**

**GARY STEIN, United States Magistrate Judge:**

As stated on the record during the video status conference held today before the Court:

1. Plaintiff is entitled to serve a deposition notice pursuant to Fed. R. Civ. P. 30(b)(6) requiring Defendant 201 Clinton Street Realty Inc. to produce a witness who can answer questions about the existence, location, and production of documents requested in Plaintiff's First Request to Produce and provide information requested in Plaintiff's First Request for Interrogatories in light of Defendant's failure to date to fully respond to these discovery requests. This witness shall be deposed by March 11, 2024.

2. The deadline outlined in Paragraph 3(d) of the October 2, 2023 Scheduling Order is hereby EXTENDED to April 1, 2024.

3. The deadlines outlined in Paragraph 3(e) of the October 2, 2023 Scheduling Order are hereby EXTENDED to April 5, 2024 and May 1, 2024, respectively.

4. The deadlines outlined in Paragraph 3(f) of the October 2, 2023 Scheduling Order are hereby EXTENDED to May 15, 2024 and June 1, 2024, respectively.

SO ORDERED.

DATED:   New York, New York
              February 8, 2024

_____
GARY STEIN
United States Magistrate Judge