UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALTAUNE BROWN,<br><br>                    Plaintiff,<br><br>-against-<br><br>ANNA PIZZERIA CLINTON INC. AND 201 CLINTON STREET REALTY INC.,<br><br>                    Defendants. | **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**<br><br>Case No.: 1:23-cv-03522-DEH-GS |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, **Altaune Brown** by and through his counsel, hereby gives notice that the above captioned action is voluntarily dismissed, **with prejudice** against Defendant, **Anna Pizzeria Clinton Inc.**, since no party has answered or otherwise moved for summary judgment in this action.

Dated: **April 3, 2024**

                                                                            The Marks Law Firm, P.C.

                                                                            By: _____
                                                                            Bradly G. Marks
                                                                            The Marks Law Firm, PC
                                                                            155 E 55th Street, Suite 4H
                                                                            New York, NY 10022
                                                                            T:(646) 770-3775

The Clerk of Court is respectfully requested to terminate Defendant Anna Pizzeria Clinton Inc and close this case.

SO ORDERED.

Dale E. Ho
United States District Judge
Dated: April 4, 2024
New York, New York